**Dismissed and Opinion Filed October 27, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

___

**No. 05-23-00514-CV**

___

**MINERVA HERNANDEZ, Appellant**
**V.**
**JUAN RODRIGUEZ, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07615**

## MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Miskel

Appellant's brief in this case is overdue. On September 20, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). To date, appellant has not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).

230514f.p05

/Emily Miskel/

EMILY MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MINERVA HERNANDEZ,
Appellant

No. 05-23-00514-CV     V.

JUAN RODRIGUEZ, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-07615.
Opinion delivered by Justice Miskel.
Justices Goldstein and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 27th day of October, 2023.